UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOHN HEIDINGS,

      Plaintiff,

v.                                                                          Case No.:  2:25-cv-1173-SPC-NPM

COLLIER COUNTY SHERIFF'S
OFFICE, SARAH ANN STUVE,
PAULETTE ANN POTTER-
STUVE, AND MARGARET MARY
HEIDINGS,

      Defendants.

---

## ORDER

This matter comes before the Court on sua sponte review of the file. Plaintiff John Heidings filed this action on December 16, 2025. (Doc. 1). The same day, Plaintiff filed a motion to proceed in forma pauperis ("IFP"). (Doc. 2). After review of Plaintiff's motion, the Court issued an Order directing Plaintiff to file a completed long-form IFP application (AO Form 239) by February 23, 2026. (Doc. 13). The Court cautioned Plaintiff that a failure to comply with the order "may result in a dismissal of this action without further notice." (*Id.* at 3).

Plaintiff failed to respond to the Court's order or provide an explanation of his inability to do so. Therefore dismissal is appropriate. *See, e.g., Brown v.*

*Tallahasse Police Dep't*, 205 F. App'x 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order."); *Due v. Dawson*, No. 1:22-CV-160 (LAG), 2023 WL 12239415, at *2 (M.D. Ga. Apr. 3, 2023) (dismissing complaint without prejudice for failure to complete an IFP long form application).

Accordingly, it is now

**ORDERED:**

1. Plaintiff's Complaint (Doc.1) is **DISMISSED without prejudice**.

2. The Clerk is **DIRECTED** to deny any pending motions as moot, terminate any deadlines, and close this case.

**DONE** and **ORDERED** in Fort Myers, Florida on February 24, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

2